```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

JAMES BRIAN WRIGHT                                          PLAINTIFF

v.                          Case No. 10-2122

JOHN JOPLIN, Sebastian County
Public Defender; PAUL HUGHES,
Sebastian County Public Defender;
STACEY SLAUGHTER, Sebastian County
Prosecuting Attorney; SEBASTIAN
COUNTY PUBLIC DEFENDERS OFFICE;
and SEBASTIAN COUNTY DISTRICT
ATTORNEYS' OFFICE                                          DEFENDANTS

**ORDER**

Now on this 25th day of October 2010, there comes on for consideration the report and recommendation filed herein on October 5, 2010, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous, asserted against individuals who are immune from suit, or fail to state claims on which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time). The Court declines to exercise supplemental jurisdiction over any state law claims.

28 U.S.C. § 1367.

    IT IS SO ORDERED.

                                      /s/  Robert  T.  Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge

**AO72A**
**(Rev. 8/82)**